UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **MARDOCHE OLIVIER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 3:17-cv-00058 |
| | ) | **Judge Trauger** |
| **U.S. GOVERNMENT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## O R D E R

Plaintiff Mardoche Olivier, a resident of Clarksville, Tennessee, brings this *pro se* action against the United States Government, alleging violations of the Plaintiff's civil rights. (Docket No. 1).

The Plaintiff also has submitted an application to proceed *in forma pauperis*. (Docket No. 2). A review of the application shows that the Plaintiff has insufficient financial resources to pay the filing fee in this action. Therefore, the Plaintiff's application is **GRANTED**, and the Clerk shall file the complaint *in forma pauperis*. 28 U.S.C. § 1915(a). However, process shall **NOT** issue.

Because the Plaintiff is proceeding as a pauper in this action, the Court must conduct an initial review of the complaint under 28 U.S.C. § 1915(e)(2)(B) and dismiss it or any portion of it that is frivolous or malicious, fails to state a claim for which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief.

For the reasons explained in the Memorandum entered contemporaneously herewith, the Court finds that the complaint fails to state claims upon which relief can be granted. 28 U.S.C. § 1915(e)(2). The Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**.

1

Because an appeal would **NOT** be taken in good faith, the Plaintiff is **NOT** certified to appeal the judgment of the Court *in forma pauperis*. 28 U.S.C. § 1915(a)(3).

This Order constitutes final judgment in this action.

**IT IS SO ORDERED.**

_____
Aleta A. Trauger
United States District Judge